IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL M. JOHNSON, | ) |
| Plaintiff, | ) |
| vs. | ) CIV. A. NO. 24-00179-JB-MU |
| OFFICER CHRIS KEITH, *et al.*, | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and S.C. Ala. 72(a)(2)(R) and dated June 4, 2024 is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the Southern Division of the United States District Court for the Middle District of Alabama.

**DONE and ORDERED** this 1st day of July, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE